IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MILES,

    Plaintiff,

v.

U.S. GOVERNMENT, et al.

    Defendants.

_____/

No. C 07-01092 JSW

**ORDER OF DISMISSAL**

On February 22, 2007, Plaintiff filed his complaint in this action. On May 5, 2007, the Honorable Martin J. Jenkins dismissed Plaintiff's complaint, with leave to amend, and denied Plaintiff's application to proceed *in forma pauperis*. Plaintiff was ordered to file an amended complaint within sixty days of the Order. Plaintiff did not file an amended complaint. Instead, on August 6, 2007, Plaintiff filed a notice of appeal. On September 14, 2007, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisidiction, and the mandate issued on November 9, 2007.

In the interim, on October 2, 2007, Plaintiff sent a letter requesting that this case be sent "to Houston Texas Federal Clerks Office to be considered by the 5th Circuit Court of Appeals in New Orleans." (*See* Docket 11.) On December 13, 2007, Plaintiff sent a letter inquiring as to the status of his case, advised the Court of his new address, and stated "is anything required on my part?" (Docket No. 14.)

On February 15, 2008, this matter was reassigned to the undersigned, and on February 22, 2008, the Court issued an Order setting a deadline by which Plaintiff was required to file an amended complaint.

On February 28, 2008, Plaintiff submitted a letter indicating that he wished to "drop his case in the San Francisco district." (Docket No. 17.) In accordance with Plaintiff's request, this matter is HEREBY DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MILES,

    Plaintiff,

v.

U.S. GOVERNMENT et al,

    Defendant.
                                     /

Case Number: CV07-01092 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Miles
General Delivery
Las Vegas, NV 98125-9999

Dated: March 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk